IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

YE XU,

                Plaintiff,

  v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,

                Defendant.

ORDER

16-cv-510-jdp

---

Pro se plaintiff Ye Xu, a librarian at the University of Wisconsin-Madison, brings this case alleging that administrators at the University of Wisconsin System discriminated against her on the basis of her race and national origin with regard to a disagreement over the proper classification of library materials about Taiwan.

Defendant has filed a motion for summary judgment, to which plaintiff has responded. But defendant has filed a motion for an order directing plaintiff to file a response that complies with the court's procedures to be followed when briefing summary judgment motions. Dkt. 18 (citing the court's preliminary pretrial conference order, Dkt. 8). These rules require plaintiff to submit responses to each of defendant's individual proposed findings of fact, which are contained in Dkt. 12.

Plaintiff has filed what she calls responses to defendant's proposed findings, *see* Dkt. 16, at 33, but which are actually long legal arguments responding to statements defendant makes in its brief. Plaintiff has not responded to each proposed finding of fact located in Dkt. 12, so I will direct her to do so. In doing so she should refer to the court's pretrial order explaining how to respond. In particular, plaintiff should make sure to explain whether she agrees with or

disputes each numbered fact, and if she disputes the fact, provide her own proposed fact, including a citation to evidence supporting that fact.

I will direct the clerk of court to send plaintiff another copy of the court's procedures on motions for summary judgment, which detail the requirements that she must follow.

ORDER

IT IS ORDERED that:

1. Defendant's motion for an order directing plaintiff to file a new summary judgment response, Dkt. 18, is GRANTED.

2. Plaintiff may have until November 13, 2017, to file new responses to defendant's proposed findings of fact. Defendant may have until November 29, 2017, to file its reply.

3. The clerk of court is directed to send plaintiff a copy of the court's procedures on motions for summary judgment included with the pretrial conference order.

Entered October 25, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge