IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YE XU,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

16-cv-510-jdp

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN
SYSTEM,

    Defendants.

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Board of Regents of the University of Wisconsin System's motion for summary judgment and dismissing this case.

| /s/ | 1/22/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |