# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

*United States District Court for the* Western
*District of* Wisconsin
*File Number* 16 CV-510

| | |
|---|---|
| *Plaintiff* <br> Xu, Ye <br> *v.* <br> *Defendant* <br> Board of Regents of the University of Wisconsin System | ) <br> ) <br> ) *Notice of Appeal* <br> ) <br> ) |

Notice is hereby given that [Ye Xu (here name all parties taking the appeal), (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the Seven Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _____ day of _____, 20___ 01/22/2018 and 07/25/2018

(s) Ye Xu Sept. 17, 2018
Attorney for [_____]
[Address:_____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
 *See Circuit Rule 3(c)(1) for Docketing Statement (attached)